STATE OF NEW JERSEY v. MARY JO RUSSILLO.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY HENDERSON.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES DE LISA.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HUGH MCBAIN DUNCAN.

July 11, 1985.

Petition for certification denied.